NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001297
06-MAR-2015
08:14 AM

NO. CAAP-14-0001297

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
PATRICK TIMOTHY BRENT, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-14-097831)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On November 13, 2014, Defendant-Appellant Patrick Timothy Brent (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed December 24, 2014, and the appellate clerk informed Appellant that the statement of jurisdiction was due by January 5, 2015, and the opening brief was due by February 2, 2015;

(3) Appellant did not file either document;

(4) On February 11, 2015, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on February 23, 2015, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 6, 2015.

Presiding Judge

Associate Judge

Associate Judge